IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr226

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| _____ ) | |
| JOHNNY MACK JR. ) | |

**THIS MATTER** is before the Court upon motion of the defendant (Doc. No. 23) for withdrawal of his current counsel and appointment of new counsel, and for a continuance of the above- captioned matter from the September 6, 2005 trial term in the Charlotte Division.

For the reasons stated in the defendant's motion, the Court finds that the defendant has sufficient cause for withdrawal of defendant's current counsel and appointment of new counsel.

Furthermore, the Court finds that the above-captioned matter should be continued from the September 6, 2005 trial term, and that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that the defendant's motion for withdrawal of current counsel and appointment of new counsel is granted, and that the above-captioned matter be continued to the November 7, 2005 term of Court.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: August 31, 2005**

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge